IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT LEE ALLEN,** | : | CIVIL ACTION NO. 1:06-CV-0247 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **THE PENNSYLVANIA SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, et al.,** | : | |
| Defendants | : | |

## ORDER

AND NOW, this 15th day of June, 2007, upon consideration of the correspondence from counsel for plaintiff and for defendants The Pennsylvania Society for the Prevention of Cruelty to Animals and Elisabeth Pennell Hopkins dated May 28, 2007 and June 7, 2007 and requesting the court's intervention regarding certain discovery disputes, and of defendants' motions to dismiss (Docs. 88, 89) plaintiff's second amended complaint (Doc. 86), and following an extended telephone conference with the parties, it is hereby ORDERED that:

1. The motions to dismiss (Docs. 88, 89) are deemed WITHDRAWN.

2. On or before July 5, 2007, plaintiff shall be permitted to file a third amended complaint that is in strict compliance with the memorandum and order of court dated May 14, 2007 (Doc. 84).

3. The parties shall exchange privilege logs that contain, *inter alia*, a description of any documents that a party deems privileged and the specific nature of the privilege asserted.

4. Subject to the court's approval of a confidentiality agreement, defendant The Pennsylvania Society for the Prevention of Cruelty to Animals shall provide plaintiff with a copy of the personnel file of defendant Elisabeth Pennell Hopkins. Any medical records contained in the personnel file are deemed irrelevant to the above-captioned case and need not be provided to plaintiff.

5. The parties shall exchange detailed correspondence describing any documents in their possession that have been made available for general inspection in response to an opposing party's discovery requests.

6. A revised case management order shall issue by future order of court.


      S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge