## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT LEE ALLEN,** | : | **CIVIL ACTION NO. 1:06-CV-0247** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **THE PENNSYLVANIA SOCIETY FOR** | : | |
| **THE PREVENTION OF CRUELTY TO** | : | |
| **ANIMALS, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 6th day of August, 2007, upon consideration of the motion to quash subpoena (Doc. 105), filed by defendants The Pennsylvania Society for the Prevention of Cruelty to Animals and Elisabeth Pennell Hopkins, and it appearing that defendants did not bring the matter to the attention of the court prior to filing the instant motion (see Doc. 10 ¶ 5(b) ("In the event that discovery disputes arise and are not resolved after counsel attempt in good faith to do so, the matter shall be brought before the court by way of a telephone conference rather than through the filing of formal motions.")), it is hereby ORDERED that the motion to quash subpoena (Doc. 105) is STRICKEN from the record.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge