IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT LEE ALLEN**, | : CIVIL ACTION NO. 1:06-CV-0247 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **THE PENNSYLVANIA SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS**, et al., | : |
| **Defendants** | : |

## ORDER

AND NOW, this 15th day of October, 2008, upon consideration of the stipulation of dismissal (Doc. 150), which seeks to voluntarily dismiss with prejudice the above-captioned matter pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and it appearing that all of the named parties have concurred in this request, it is hereby ORDERED that:

1. The stipulation of dismissal (Doc. 150) is CONSTRUED as a motion for voluntary dismissal by order of court pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  The motion is GRANTED as so construed.  All claims against defendants are DISMISSED with prejudice.

2. The Clerk of Court is instructed to CLOSE this case.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge